UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, a Pennsylvania corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>LUIS CURIEL and EMMA CURIEL, dba JUNE LAKE GENERAL STORE & TROUT TOWN JOE; DOES 1-10, inclusive,<br><br>            Defendants. | No. 2:22-cv-00326 WBS JDP<br><br>ORDER |

----oo0oo----

        Noting that the ultimate parent of plaintiff AmGuard Insurance Company is also the parent of (1) Phillips Specialty Products Inc., (2) Chevron Aerospace Group Ltd., (3) Chevron Aerostructures Ltd., and (4) SPS Chevron Ltd., pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Chevron Corporation, ConocoPhillips, and Phillips 66.

1

1  IT IS THEREFORE ORDERED that the Clerk of the Court
2  reassign this case to another judge for all further proceedings,
3  making appropriate adjustments in the assignments of civil cases
4  to compensate for such reassignment.
5  IT IS FURTHER ORDERED that any previous orders issued
6  by the undersigned judge in this case are hereby VACATED and SET
7  ASIDE, and any dates previously set by the undersigned judge in
8  this case are hereby VACATED.
9  Dated:  June 30, 2022

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

2